**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **NAOMI CASTRO,** )<br>)<br>            **Plaintiff,** )<br>)<br>        **v.** )<br>)<br>**MICHAEL J. ASTRUE,** )<br>**Commissioner of the** )<br>**Social Security Administration,** )<br>)<br>            **Defendant.** )<br>_____) | **NO. EDCV 06-00952-MAN**<br><br>**JUDGMENT** |

        Pursuant to the Court's Memorandum Opinion and Order,

        IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the cause is remanded for further proceedings consistent with the provisions of the Memorandum Opinion.

DATED: March 20, 2008

                                        _____/s/_____
                                                MARGARET A. NAGLE
                                        UNITED STATES MAGISTRATE JUDGE